UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEAPSKATE CHARLIE'S LLC, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LOUISIANA-PACIFIC CORPORATION,<br><br>　　　　　　Defendant. | Case No.  13-cv-05888-MEJ<br><br>**ORDER VACATING HEARING RE: MOTION TO AMEND** |

On February 27, 2014, Plaintiffs filed a Motion to Amend Complaint, with a noticed hearing date of April 10, 2014.  Dkt. No. 14.  However, on March 31, 2014, the Court referred this case to the Honorable Joseph C. Spero pursuant to Civil Local Rule 3-12(c) for consideration of whether the case is related to 3:09-cv-03290-JCS.  Dkt. No. 25.  Accordingly, pending resolution of that referral, the Court VACATES the April 10, 2014 hearing.  If Judge Spero determines that these matters are not related, the Court shall reschedule the hearing forthwith.

**IT IS SO ORDERED.**

Dated: April 4, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge