UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEAPSKATE CHARLIE'S LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LOUISIANA-PACIFIC CORPORATION,<br><br>Defendant.<br><hr>LOUISIANA-PACIFIC CORPORATION,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>MEADOW RIVER LUMBER COMPANY, et al.,<br><br>Third-Party Defendants. | Case No. 13-cv-05888-JCS<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS THIRD-PARTY COMPLAINT AND VACATING HEARING**<br><br>Re: Dkt. No. 58 |

Louisiana-Pacific Corporation, the defendant in the underlying action, filed a Third-Party Complaint against Meadow River Lumber Company and Calvin D. Garland (the "Garland Parties"). Dkt. 50. On August 29, 2014, the Garland Parties filed a Motion to Dismiss the Third-Party Complaint. Dkt. 58. In response, Louisiana-Pacific filed an Amended Third-Party Complaint (Dkt. 63) pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. The Court finds the Garland Parties' Motion suitable for disposition without oral argument, and **vacates the hearing scheduled for October 17, 2014.** *See* Civil L.R. 7-1(b). **The time of the Case Management Conference is changed to 2:00 p.m. on October 17, 2014.**

"[T]he general rule is that an amended complaint supercedes the original complaint and renders it without legal effect . . . ." *Lacey v. Maricopa County*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc). Accordingly, "[d]ismissal of the superseded original [third-party] complaint would not alter the proceedings . . . as the parties would continue to litigate the merits of the claims contained

in the now-operative First Amended [Third-Party] Complaint." *See Liberi v. Defend Our Freedoms Founds., Inc.*, 509 F. App'x 595, 596 (dismissing as moot appeal of denial of an anti-SLAPP motion regarding a superseded complaint). The Court therefore DENIES AS MOOT the Garland Parties' Motion.[1]  If the Garland Parties wish to challenge Louisiana-Pacific's Amended Third-Party Complaint, they may file a new motion to dismiss.

**IT IS SO ORDERED.**

Dated: September 24, 2014

JOSEPH C. SPERO
United States Magistrate Judge

---

[1] All parties have consented to the jurisdiction of the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c).