1

2

3

4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

5

6

7

8

9

10

11

12

13

14

15

| | |
|---|---|
| BOSTON CEDAR, INC., <br><br> Plaintiff, <br> vs. <br><br> LOUISIANA-PACIFIC CORPORATION, <br><br> Defendant. <br> ———————————————————— <br> LOUISIANA-PACIFIC CORPORATION, <br><br> Third-Party Plaintiff, <br> vs. <br><br> MEADOW RIVER LUMBER COMPANY and <br> CALVIN D. GARLAND, individually and d/b/a <br> MEADOW RIVER LUMBER COMPANY, <br><br> Third-Party Defendants. | CASE NO.  3:13-CV-05888-JCS <br><br> **JOINT STIPULATION** <br> **OF FINAL DISMISSAL** |

16

17

18

The parties to this action—Boston Cedar, Inc. Louisiana-Pacific Corporation, Meadow River Lumber Company, and Calvin D. Garland—hereby jointly stipulate to the dismissal of this action with prejudice.

19

Dated this 26th day of May, 2015.

20

Respectfully submitted,

21

22

23

24

25

/s/ Angela S. Rho
Angela S. Rho
Murphy Pearson Bradley & Feeney
88 Kearny Street, 10th Floor
San Francisco, CA 94108
Tel: (415) 788-1900
Fax: (415) 393-8087

26

27

*Counsel for Plaintiff Boston Cedar, Inc. and*
*Former Plaintiffs Cabinets To Go, Inc. and*
*Cheapskate Charlie's, LLC*

28

JOINT STIPULATION OF FINAL DISMISSAL
(Case No. 3:13-cv-05888-JCS)

WCSR 32992905v4

/s/ Thomas A. Packer
Thomas A. Packer
Amy Kuo Alexander
Gordon & Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel:  (415) 986-5900
Fax:  (415) 986-8054
tpacker@gordonrees.com

/s/ James E. Weatherholtz
James E. Weatherholtz (admitted *pro hac vice*)
Womble Carlyle Sandridge & Rice, LLP
5 Exchange Street
Charleston, SC  29402-0999
Tel:  (843) 722-3400
Fax:  (843) 722-7398
jweatherholtz@wcsr.com
*Counsel for Defendant / Third-Party Plaintiff*
*Louisiana-Pacific Corporation*

/s/ Philip Allan Segal
Philip Allan Segal
Kern Noda Devine & Segal
1388 Sutter Street, # 600
San Francisco, CA 94109
Tel: (415) 474-1900
Fax: (415) 747-0302

/s/ Lindsay M. Haigh
Lindsay M. Haigh (admitted *pro hac vice*)
Haigh & Associates, LLC
3412 Duluth Highway
Duluth, GA 30096
Tel: (770) 623-9600
Fax: (678) 584-9613

*Attorneys for Third-Party Defendants Meadow*
*River Lumber Company and Calvin D. Garland*

Dated: 5/27/15

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION OF FINAL DISMISSAL
(Case No. 3:13-cv-05888-JCS)

WCSR 32992905v4